# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN JAVIER BANK,
                 Appellant,

vs.

CITY OF LAS VEGAS,
                 Respondent.

No. 74311

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Yoummy
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing an appeal from a municipal court conviction. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-43545

cc: Hon. Rob Bare, District Judge
Steven Javier Bank
Las Vegas City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A